**Hong MAI, Plaintiff–Appellant,**

v.

**John DOE, Defendant,**

Chief of the New York City Health and Hospitals Corporation, Defendant–Appellee.

Docket No. 00–7266.

United States Court of Appeals, Second Circuit.

May 11, 2001.

Hong Mai, Richmond Hill, NY, pro se.

Larry Sonnenhein, Corporation Counsel's Office City of New York, New York, NY, for appellee.

Present NEWMAN, CABRANES, Circuit Judges, and THOMPSON, District Judge.*

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and is AFFIRMED.

Plaintiff Hong Mai appeals from a judgment of the District Court, entered on February 14, 2000, granting defendants' motion to dismiss for lack of subject matter jurisdiction. The District Court dismissed plaintiff's complaint because the complaint did not raise a federal question or allege diversity of citizenship. We agree and therefore AFFIRM the judgment of the District Court.

---

* The Honorable Alvin W. Thompson of the United States District Court for the District of